**In the United States District Court**
**For the District of Maryland**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| v. | : | No. 25-28-SAG |
| | : | |
| **Manuel Erazo Alvarado** | : | |
| | : | |

**Motion Requesting Appointment of Learned Counsel**

Manuel Erazo Alvarado, by and through undersigned counsel, respectfully moves for an Order appointing Learned Counsel pursuant to 18 U.S.C. § 3005. In support whereof he states the following:

On March 6, 2025, an Indictment was filed charging Mr. Erazo Alvarado and others with one count of murder in aid of racketeering in violation of 18 U.S.C. §§ 1959(a)(1) and 2. ECF No. 14. The indictment alleges that the defendants were members of MS-13, an enterprise engaged in racketeering activity. The offense charged is punishable by death or life imprisonment.

On March 19, 2025, Mr. Erazo's initial appearance and arraignment were held. ECF No. 23. The Office of the Federal Public Defender ("the FPD") was appointed to represent Mr. Erazo Alvarado. ECF No. 25.

In addition to counsel from the FPD, and pursuant to 18 U.S.C. § 3005, Mr. Erazo Alvarado requests the appointment of learned counsel. In assigning learned counsel, section 3005 instructs the Court to consider the recommendation of the FPD organization. James Wyda, the Federal Public Defender for the District of Maryland, recommends assignment of Ed Ungvarsky to represent Mr. Erazo Alvarado in this matter. Mr. Ungvarsky is learned

in the law applicable to capital cases, and has experience representing individuals from El Salvador, in general, and in MS-13 cases. For these reasons, Mr. Ungvarsky is uniquely qualified to provide effective representation to Mr. Erazo Alvarado in this case.

Wherefore, Mr. Erazo Alvarado respectfully asks the Court to appoint Ed Ungvarsky as Learned Counsel to represent him in this case. A proposed order is attached.

Respectfully submitted,
JAMES WYDA
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ellie Marranzini, #817525
Rosana Chavez, #808049
Assistant Federal Public Defenders
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 344-0600
(301) 344-0019 (fax)
Email: ellie_marranzini@fd.org
          rosana_chavez@fd.org