# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIM. NO. SAG-25-028** |
| **MANUEL ERAZO ALVARADO, et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | **...oOo...** | |

## ORDER

This Court having considered the Government's Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, and for the reasons stated therein, the Court finds that, pursuant to Title 18, United States Code, Section 3161(h)(6), the defendants in custody are currently codefendants joined for trial as to whom the time for trial has not yet run and no motion for severance has been granted.

In addition, pursuant to Title 18, United States Code, Section 3161(h)(7), the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the ends of justice served by such a delay in the trial outweigh the interests of the public and the defendants in a speedy trial, in that:

A. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

B. the case is unusual and complex, due to the number of defendants, and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section;

C. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendant and the attorneys for the Government the reasonable time

1

necessary for effective preparation, taking into account the exercise of due diligence; and

D.  it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations.

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the Government's motion, all time beginning on March 20, 2026, continuing through May 18, 2026, for defendants Erazo Alvarado, Alberto Gomez, Guillen Pleitez, and Hildalgo Cruz shall be excluded from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(6)-(7) of the Speedy Trial Act.

March 20, 2026
Date

_____/s/_____
Honorable Stephanie A. Gallagher
United States District Court Judge

2